FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:13 am, Oct 22, 2020

# United States District Court
# for the Southern District of Georgia
# Savannah Division

UNITED STATES OF AMERICA,

v.

TONY FREEMAN OVERTON,

    Defendant.

CR 417-060-10

## ORDER

Before the Court is Defendant Tony Overton's motion for a "recommendation" wherein he seeks credit toward his federal sentence for time spent in federal custody from September 14, 2017 until his sentencing on July 13, 2018. Dkt. No. 484.

This is Overton's third motion to seek this relief. See Dkt. Nos. 428, 431. On December 21, 2018, the Court entered a detailed order explaining that Overton's state custodial term has already been credited toward his state sentence, and, therefore, his motion seeking credit toward his federal sentence was denied. Dkt. No. 430. Finding no reason to depart from that Order, Overton's latest motion, dkt. no. 484, is **DENIED**.

SO ORDERED, this 21 day of October, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA